IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JEREMIAH BEYER, on his own behalf
And on behalf of others similarly situated,

        Plaintiff,

v.

Faris Properties, LLC,

        Defendant.

Civil Action No.: 3:18-CV-139

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

COME NOW, Plaintiff Jeremiah Beyer ("Beyer" or "Plaintiff") and Defendant Faris Properties, LLC ("Faris" or "Defendant") (collectively, "the Parties"), through their undersigned counsel, and move this Court for an Order approving the Stipulation of Settlement and Release (attached as Exhibit 1) and dismissing the case with prejudice.

The Parties have evaluated each party's respective positions and engaged in arm's length settlement negotiations to resolve this matter fairly and equitably. The proposed settlement agreement of Plaintiff's FLSA action provides compensation for the payment of $11,000 in attorneys' fees and $3,000 for compensation for alleged overtime violations and liquidated damages. The proposed settlement is based on the Parties' understanding of the claims asserted by Plaintiff, the recognized risks associated with continued litigation, and the serious questions of fact and law that exist, such that immediate resolution through settlement is desirable to both Parties.

For these reasons as set forth more fully in the Parties' Memorandum in Support of Joint Motion for Approval of FLSA Settlement, the Parties respectfully request that the Court enter an

1

Order approving the parties' settlement agreement and dismissing the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), with prejudice.

Dated: July 16, 2019

Respectfully submitted,

**BOYLE BRASHER LLP**

/s/ Rodrick D. Holmes, with permission
By Mark N. Foster
Rodrick D. Holmes (TN BPR No. 24501)
Brooks E. Kostakis (TN BPR No. 25511)
Aubrey B. Gulledge (TN BPR No. 36396)
80 Monroe Ave., Suite 410
Memphis, TN 38103
(901) 521-2860
rholmes@boylebrasher.com
bkostakis@boylebrasher.com
agulledge@boylebrasher.com

**ATTORNEYS FOR DEFENDANT FARIS PROPERTIES, LLC.**

/s/ Mark N. Foster
Mark N. Foster (TN BPR No. 23626)
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
865-354-3333
mfoster@marknfoster.com

**ATTORNEY FOR PLAINTIFF JEREMIAH BEYER**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date indicated on the electronic filing receipt, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may gain access to this filing through the Court's electronic filing system this 16 day of July, 2019.

                                              /s/ Mark N. Foster